# Court of Appeals
# of the State of Georgia

ATLANTA,  January 14, 2016

*The Court of Appeals hereby passes the following order:*

## A16A0378.　　LARELDA　E.　SHARD　v.　CREDIT　ACCEPTANCE CORPORATION.

This case was docketed on October 23, 2015, making the Appellant's brief and enumeration of errors due on November 12, 2015. Court of Appeals Rule 22 (a) and 23 (a). On December 16, 2015, this Court ordered Appellant to file her brief and enumeration of errors by December 26, 2015. As of the date of this order, Appellant has not filed her brief and enumeration of errors.

Therefore, upon consideration of Appellee's Motion To Dismiss Appeal, the same is hereby GRANTED and this appeal is dismissed as abandoned. See Court of Appeals Rule 23 (a); *Reese v. State*, 216 Ga. App. 773 (456 SE2d 271) (1995).



*Court of Appeals of the State of Georgia*
　　　　*Clerk's Office, Atlanta,*　　01/14/2016
　　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
　　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*